[ORAL ARGUMENT NOT SCHEDULED]

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| In re Abd Al-Rahim Hussein Al-Nashiri,<br>Petitioner. | No. 26-1287 |

NOTICE

The government respectfully notifies the Court that this morning the military commission orally continued the beginning of voir dire of the panel members in petitioner's trial from October 19, 2026, to October 26, 2026.

Dated: October 15, 2026

Respectfully submitted,

JOHN A. EISENBERG
Assistant Attorney General
for National Security

JEFFREY M. SMITH
Acting Chief, Appellate Section

GARRETT COYLE
Attorney
National Security Division
U.S. Department of Justice
Washington, D.C. 20530
*Attorneys for the United States*

AARON C. RUGH
Rear Admiral, U.S. Navy
Chief Prosecutor of Military
Commissions

HARIDIMOS V. THRAVALOS
Appellate Counsel
Office of the Chief Prosecutor
of Military Commissions

## CERTIFICATE OF SERVICE

I certify that I filed this notice via the CM/ECF system on October 15, 2026, which caused the notice to be electronically served on all counsel of record.

s/ Garrett Coyle
Garrett Coyle